# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:21-CV-207

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, not in its individual capacity, but solely as trustee for MFRA TRUST 2014-2 and FAY SERVICING, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL GENERAL INSURANCE COMPANY d/b/a NATIONAL GENERAL INSURANCE,<br><br>    Defendant. | **DECLARATION OF JEFFREY WEISSMANN** |

    NOW COMES, Jeffrey Weissmann, being first duly sworn, deposes and states as follows:

    1.    I am over the age of 18 and am competent to testify as a witness in the above-captioned case.

    2.    I have personal knowledge of the facts as set forth in this declaration and, if called as a witness, I could and would competently testify thereto.

    3.    I am the General Counsel and Secretary of National General Management Corp. ("NGMC"), the parent company of Integon National Insurance Company. I am also General Counsel and Secretary of National General Holdings Corp. ("NGHC"), the parent company of National General Insurance Company.

    4.    I have been authorized to make this declaration on behalf of NGMC and NGHC.

5. In the above-reference matter, all relevant insurance policies and renewals were issued by and underwritten by Integon National Insurance Company.

6. "National General" and "National General Insurance" are brand names that are used by all of the separate wholly owned subsidiaries under the NGMC and NGHC umbrellas. "National General" and "National General Insurance" are not actual companies, and the use of these brand names by any two or more subsidiaries does not indicate any connection between those companies with regard to individual insurance policies or claims.

FURTHER DECLARANT SAYETH NOT.

This the ___5th___ day of April, 2021.

_____
Jeffrey Weissmann