# EXHIBIT "D"



**Donald Pocock <donald.pocock@nelsonmullins.com>** 3/16/2021 2:15 PM

# RE: Integon v. Singh, et al.

To mcarita@comcast.net <mcarita@comcast.net>

Mike,

I apologize that I was not is a position to discuss the Singh insurance claim last week when you called me. I was in the midst of very intense work related a completely different case and did not have Singh at the forefront of my mind. In any event, to respond to your question, Fay and Wilmington Trust very much intend to pursue their claim against National General for the Singh property, and to that end our clients have commenced suit in federal court for breach of contract. I am attaching a copy of the complaint here as a courtesy to you, but it will be served through the North Carolina Commissioner of Insurance, the statutory agent for service of process.

The suit commenced in Fairfax Circuit Court names the wrong parties, including the wrong carrier and the wrong holder of the note. A mere substitution of parties would not be procedurally appropriate. The entire action needs to be dismissed. We intend to move forward in the Middle District of North Carolina where National General's principal offices are located.

Donald R. Pocock
Nelson Mullins Riley & Scarborough LLP
The Knollwood, Suite 530
380 Knollwood Street
Winston-Salem, NC 27103
336.774.3324

> **From:** mcarita@comcast.net <mcarita@comcast.net>
> **Sent:** Wednesday, February 24, 2021 9:01 AM
> **To:** Donald Pocock <Donald.Pocock@nelsonmullins.com>
> **Subject:** Integon v. Singh, et al.
>
> Donald:
>
> Thank you for contacting me on this one. Attached are the DJ action w/exhibits, the policy in question, proof of the 20% ownership transfer to Ajay Singh, the April 18, 2019 Title Search Report provided to Fay showing the 20% ownership transfer to Ajay.
>
> It is our position that unless Fay/Wilmington has a record of informing Integon of that change in ownership, it is in violation of paragraph 2(a) of the Mortgage Clause, and thus would not be entitled to coverage under the policy. If you have any such evidence of notice to Integon, or disagree with this analysis, please let me know.
>
> If we can not reach agreement on this issue, we will proceed with an agreed Order of Substitution adding Wilmington Trust and Fay Servicing as parties in this declaratory judgment action.
>
> I look forward to hearing from you.
>
> Michael J. Carita, Esq.
> LEVINECARITA PLC
> 1010 Cameron Street
> Alexandria, VA 22314



Tel. 703-370-5569
Fax. 703-370-5572



On 02/23/2021 4:00 PM Donald Pocock <donald.pocock@nelsonmullins.com> wrote:

Mike,

Thanks for speaking with me today about the Integon dec action. I am told that Kelly Gring's firm was retained to deal with a motion for relief from stay in connection with the foreclosure, but they are not counsel for purposes of defense of your suit. My firm will be making an appearance.

You offered to provide me some documents demonstrating Fay's knowledge or lack of notice to the carrier concerning a change of ownership. Will you please email those materials to me?

Thanks very much.
-Don Pocock



DONALD R. POCOCK   PARTNER

donald.pocock@nelsonmullins.com

THE KNOLLWOOD | SUITE 530

380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103

T 336.774.3324   F 336.774.3376

NELSONMULLINS.COM    VCARD    VIEW BIO

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

- 001 - 2021.03.15 Complaint - 4839-5454-7169 1.pdf (10 MB)
- image002.png (23 KB)

mcarita@comcast.net <mcarita@comcast.net>     2/24/2021 9:00 AM

# Integon v. Singh, et al.

To Donald Pocock <donald.pocock@nelsonmullins.com>    Blind copy Cortney Jenkins <cortney.jenkins@ngic.com>

Donald:

Thank you for contacting me on this one. Attached are the DJ action w/exhibits, the policy in question, proof of the 20% ownership transfer to Ajay Singh, the April 18, 2019 Title Search Report provided to Fay showing the 20% ownership transfer to Ajay.

It is our position that unless Fay/Wilmington has a record of informing Integon of that change in ownership, it is in violation of paragraph 2(a) of the Mortgage Clause, and thus would not be entitled to coverage under the policy. If you have any such evidence of notice to Integon, or disagree with this analysis, please let me know.

If we can not reach agreement on this issue, we will proceed with an agreed Order of Substitution adding Wilmington Trust and Fay Servicing as parties in this declaratory judgment action.

I look forward to hearing from you.


Michael J. Carita, Esq.
LEVINECARITA PLC
1010 Cameron Street
Alexandria, VA 22314
Tel. 703-370-5569
Fax. 703-370-5572



On 02/23/2021 4:00 PM Donald Pocock <donald.pocock@nelsonmullins.com> wrote:

Mike,

Thanks for speaking with me today about the Integon dec action. I am told that Kelly Gring's firm was retained to deal with a motion for relief from stay in connection with the foreclosure, but they are not counsel for purposes of defense of your suit. My firm will be making an appearance.

You offered to provide me some documents demonstrating Fay's knowledge or lack of notice to the carrier concerning a change of ownership. Will you please email those materials to me?

Thanks very much.

-Don Pocock

# NELSON MULLINS

**DONALD R. POCOCK**   PARTNER

donald.pocock@nelsonmullins.com

THE KNOLLWOOD | SUITE 530

380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103

T 336.774.3324    F 336.774.3376

NELSONMULLINS.COM    VCARD    VIEW BIO

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

- Certified Policy (1).pdf (1 MB)
- Complaint with Exhibits and cover sheet.pdf (11 MB)
- Deed Book 25696 Page 1571-75.pdf (390 KB)
- TITLE_SEARCH_EFF_3-31-19 Singh.pdf (9 MB)