# EXHIBIT "E"

**VIRGINIA:** IN THE CIRCUIT COURT OF FAIRFAX COUNTY

INTEGON NATIONAL INSURANCE COMPANY
                  Plaintiff
                  vs.

Civil Action No. CL 2021-00641

PALWINDER SINGH, BANK OF AMERICA N.A.
                  Defendant

Previous Chancery No. CH

SERVE:

## FRIDAY MOTIONS DAY – PRAECIPE/NOTICE

**Moving Party:** ✔ Plaintiff ☐ Defendant ☐ Other

**Title of Motion:** Motion to Amend Complaint     ✔ Attached ☐ Previously Filed

**DATE TO BE HEARD:** March 26, 2021     **Time Estimate** (combined no more than 30 minutes): 10 minutes

**Time to be Heard:**
✔ 9:00 a.m. **with** a Judge     ☐ 9:00 a.m. **without** a Judge
☐ 10:00 a.m. (Civil Action Cases) Does this motion require 2 weeks notice? ☐ Yes ☐ No
☐ 11:30 a.m. (DOMESTIC/Family Law Cases) Does this motion require 2 weeks notice? ☐ Yes ☐ No

**Case continued from:** _____ (Date)     **continued to:** _____ (Date)

Moving party will use **Court Call** telephonic appearance: ☐ Yes ☐ No

**Judge** _____ must hear this motion because (check one reason below):

☐ The matter is on the docket for presentation of an order reflecting a specific ruling previously made by that Judge.
☐ This Judge has been assigned to this entire case by the Chief Judge; or,
☐ The Judge has advised counsel that all future motions, or this specific motion, should be placed on this Judge's Docket; or,
☐ This matter concerns a demurrer filed in a case where that Judge previously granted a demurrer in favor of demurrant.

**PRAECIPE by:** Michael J. Carita     LevineCarita PLC
          Printed Attorney Name/ Moving Party Name     Firm Name

1010 Cameron Street, Alexandria, VA 22314
                  Address

703-370-5569     703-370-5572     35702     mcarita@comcast.net
Tel. No.     Fax No.     VSB No.     E-Mail Address

### CERTIFICATIONS

I certify that I have in good faith conferred or attempted to confer with other affected parties in an effort to resolve the subject of the motion without Court action, pursuant to Rule 4:15(b) of the Rules of the Supreme Court of Virginia; and, I have read, and complied with, each of the Instructions for Moving Party on the reverse side of this form.

                  Moving Party/Counsel of Record

### CERTIFICATE OF SERVICE

I certify on the 19th day of March, 2021, a true copy of the foregoing Praecipe was ✔ mailed ☐ faxed ☐ delivered to all counsel of record pursuant to the provisions of Rule 4:15(e) of the Rules of the Supreme Court of Virginia.

                  Moving Party/Counsel of Record

CCR-E-10 (Jan 2018)

# INSTRUCTIONS FOR MOVING PARTY

**DATE/TIME**: All motions should be noticed for the 10:00 a.m. Civil Action Docket or the 11:30 a.m. Domestic/Family Law Docket (All Divorce cases, adoptions and Juvenile & Domestic Relations Court Appeals) unless the moving party believes the motion will be uncontested. All motions believed to be uncontested should be noticed for 9:00 a.m. All motions noticed for 9:00 a.m. should be set <u>without a judge</u>, unless evidence will be required (e.g., *Ex Parte* Proof, Infant Settlements, Fiduciary Matters), or if it is <u>necessary</u> for the order to be entered that morning rather than in chambers at a later time. **A minimum of two weeks' notice is required for all motions for Summary Judgment, Demurrers, Pleas in Bar, motions pertaining to discovery disputes and other motions for which <u>any</u> party desires to file a memorandum.** A memorandum of points and authorities of five pages or less <u>must</u> accompany any of these pleadings and any other motion placed on the Two Week Docket. If either party believes it necessary to file a memorandum exceeding five double-spaced pages, then the parties must utilize the Briefing Schedule procedure: contact opposing counsel or the opposing party and by agreement conduct a telephone conference call with the Calendar Control Judge, (703) 246-2221; or, if agreement is not possible, give advance notice of an appearance before the Calendar Control Judge to establish a Briefing Schedule.

**Each side should bring a draft proposed order to Court on the day of the hearing, as the ruling <u>must</u> be reduced to an order that day, absent leave of Court.** Cases may only be removed from the docket by the Court or by counsel for the moving party or the moving party. One Week Motions may be removed from the docket up until 4:00 p.m. on the Thursday preceding the hearing date, by contacting the Motions Clerk: (703) 246-4355. Two Week Motions may <u>not</u> be continued or removed from the docket after 4:00 p.m. on the Friday preceding the hearing date, without leave granted by the Judge assigned to hear the motion, for good cause shown.

If a hearing on any motion must take longer than thirty (30) minutes, the moving and responding parties, or their counsel, should appear before the Calendar Control Judge to request a hearing for a day other than a Friday. See, "Motions Requiring More than 30 Minutes" in "Friday Motions Docket Procedures" on the Court's website at https://www.fairfaxcounty.gov/circuit/sites/circuit/files/assets/documents/pdf/civil-friday-motions-docket-procedures.pdf

**MOTIONS TO RECONSIDER:** Do <u>not</u> set a Motion to Reconsider for a hearing. (See Friday Motions Docket Procedures, available from the Clerk's Office, the Bar Association office or on the Court's website at the address above.

**CERTIFICATIONS OF MOVING PARTY/COUNSEL**: Rule 4:15 (b) of the Rules of the Supreme Court of Virginia provides in pertinent part that "Absent leave of court, and except as provided in paragraph (c) of this Rule, reasonable notice shall be in writing and served at least seven days before the hearing. Counsel of record shall make a reasonable effort to confer before giving notice of a motion to resolve the subject of the motion **and to determine a mutually agreeable hearing date and time.**"

**CERTIFICATE OF SERVICE**: Pursuant to Rule 4:15 (e), a motions pleading shall be deemed served <u>when it is actually received</u> by, or in the office of, counsel of record through delivery, mailing, or facsimile transmission; not when it is mailed or sent.

## INFORMATION FOR MOVING PARTY

**COURTCALL TELEPHONIC APPEARANCE**: In most cases, Virginia attorneys may appear by phone in lieu of appearing in Court for the hearing. To set up a telephonic appearance, you must call (888) 882-6878. For information, please visit the Court's website at https://www.fairfaxcounty.gov/circuit/services/courtcall. The Clerk's Office prefers that you notify it that you have set up a telephonic appearance by calling (703) 246-2880 no later than 4:00 p.m. on Thursday prior to the hearing date. The Court encourages use of this procedure, and either party may appear by phone.

**NOTE:** Telephonic appearance is only for members of the Virginia State Bar and licensed attorneys allowed to practice *pro hac vice* in the Fairfax County Circuit Court (with a member of the Virginia State Bar present over the phone or in person)

**CONCILIATION PROGRAM**: The Fairfax Circuit Court strongly encourages use of conciliation procedures to resolve motions. The Fairfax Bar Association's Conciliation Program conducts conciliation without charge by experienced litigators, who meet in person or by telephone with all interested parties. To request conciliation, fax a Request for Conciliation form to the Fax Hotline, (703) 273-1274; e-mail a request for conciliation to: ffxconciliation@aol.com; or leave a voice mail message at (703) 627-1228. You will be contacted before the hearing date by a representative of the Conciliation Program.

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR FAIRFAX COUNTY**

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY ]<br>]<br>Plaintiff ]<br>]<br>vs. ]<br>]<br>PALWINDER SINGH ]<br>]<br>and ]<br>]<br>BANK OF AMERICA N.A. ]<br>a/k/a, BANK OF AMERICA NATIONAL ]<br>ASSOCIATION ]<br>Defendants ] | Case No.:2021-00641 |

## MOTION TO AMEND COMPLAINT OF INTEGON NATIONAL INSURANCE COMPANY
## FOR DECLARATORY JUDGMENT TO ADD/SUBSTITUTE PARTY DEFENDANT

Plaintiff Integon National Insurance Company ("Integon"), by Counsel, pursuant to Virginia Supreme Court Rules 1:8 and 3:16, requests this Court to permit it to file an Amended Complaint which will remove Defendant Bank of America, N.A. as a party defendant and add WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2, as a party defendant in this matter. In support of this motion Plaintiff astates as follows:

This case involves a dispute over a fire loss and homeowner's insurance policy issued by Plaintiff to Defendant Palwinder Singh. Mr. Singh's mortgage company has made a claim for coverage under the policy.

Originally, the mortgage in question was issued/held by Defendant Bank of America, NA. However, it is now known that the mortgage in question was actually assigned on October 17, 2017 from Defendant Bank of America, NA to WILMINGTON TRUST, NATIONAL ASSOCIATION,

Not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2. (See Assignment of Deed of Trust, attached as Exhibit A).

Plaintiff now seeks to file the attached Amended Complaint, which would remove Bank of America, NA as a party defendant and add WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2 as the proper mortgagee defendant.

Defendant Singh has not yet been served with the original Complaint, and Bank of America, NA consents to this Motion.

Wherefore, Plaintiff requests this Court to grant its motion and deem the attached Amended Complaint as properly filed.

INTEGON NATIONAL INSURANCE COMPANY
By Counsel

_____
Michael J. Carita, Esq. (#35702)
LEVINECARITA PLC
1010 Cameron Street
Alexandria, VA 22314
Tel. 703-370-5569
Fax. 703-370-5572
mcarita@comcast.net

## Certificate of Service

I hereby certify that a copy of the above was mailed, first class postage pre-paid, this 19th day of March, 2021, to:

Palwinder Singh
817 Walker Road
Great Falls, VA 22066-2610
Defendant *pro se*

and emailed to:

N. Patrick Lee, Esq.
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102
plee@mcguirewoods.com
Counsel for Bank of America, NA


Dated: March 19, 2021

Michael J. Carita, Esq.

PREPARED BY & RETURN TO:
C. R. Hall
2860 Exchange Blvd. # 100
Southlake, TX 76092

Parcel # 013-1--01- -0028-A_Y        **Assignment of Deed of Trust**        Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, BANK OF AMERICA, N.A. 1800 Tapo Canyon Rd, Simi Valley, CA 93063 (Assignor) by these presents does assign, and set over, without recourse, to WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 c/o MFResidential Assets I, LLC, 350 Park Avenue, 20th Floor, New York, NY 10022 (Assignee) the described mortgage/deed of trust with all interest, all liens, any rights due or to become due thereon, executed by PALWINDER SINGH, HUSBAND to BANK OF AMERICA, N.A. and PRLAP, INC., as trustee. Said mortgage/deed of trust Dated: 3/18/2008 is recorded in the State of VA, County of Fairfax on 3/25/2008, as Book 19848 Page 0228 Instrument 2008007659.003 AMOUNT: $ 842,080.00 Trustee(s): PRLAP, INC. Property Address: 817 WALKER ROAD, GREAT FALLS, VA 22066

SINGH   DBD  *17119458*

IN WITNESS WHEREOF, the undersigned entity has caused this instrument to be executed by its proper signatory. Executed on: October 17, 2017
BANK OF AMERICA, N.A. By Orion Financial Group, Inc. Its Attorney in fact

By: _____        Attest: J. Renteria
Connie M. Riggsby, Vice President

POWER OF ATTORNEY IS BEING RECORDED SIMULTANEOUSLY HEREWITH

VA Fairfax

870221373
MFA/BOA2017-5/SFR



**VIRGINIA:**

**IN THE CIRCUIT COURT FOR FAIRFAX COUNTY**

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY ] | |
| ] | |
| Plaintiff ] | |
| ] | |
| vs. ] | |
| ] | |
| PALWINDER SINGH ] | Case No.:2021-00641 |
| ] | |
| and ] | |
| ] | |
| BANK OF AMERICA N.A. ] | |
| a/k/a, BANK OF AMERICA NATIONAL ] | |
| ASSOCIATION ] | |
| Defendants ] | |

**ORDER GRANTING MOTION TO AMEND COMPLAINT TO ADD/SUBSTITUTE PARTY DEFENDANT**

THIS MATTER, having been brought on the Motion of Plaintiff to file an Amended Complaint, and

IT APPEARING that the Motion should be GRANTED,

IT IS ORDERED that the Amended Complaint is deemed properly filed, and that Bank of America, N.A. is dismissed from this case, and WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2 is hereby added as a party Defendant.

AND THIS MATTER IS CONTINUED FOR FURTHER PROCEEDINGS.

Entered this ___ day of March, 2021.

_____
Judge, Fairfax County Circuit Court

WE ASK FOR THIS:

_____
Michael J. Carita, Esq. (#35702)
LEVINECARITA PLC
1010 Cameron Street
Alexandria, VA 22314
Tel. 703-370-5569
Fax. 703-370-5572
mcarita@comcast.net
Counsel for Plaintiff


SEEN AND _____:



_____
Palwinder Singh
817 Walker Road
Great Falls, VA 22066-2610
Defendant *pro se*

SEEN AND AGREED:



_____
N. Patrick Lee, Esq.
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102
plee@mcguirewoods.com
Counsel for Bank of America, NA