# EXHIBIT "F"

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR FAIRFAX COUNTY**

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY | ] |
| Plaintiff | ] |
| vs. | ] |
| PALWINDER SINGH | ] Case No.:2021-00641 |
| and | ] |
| BANK OF AMERICA N.A.<br>a/k/a, BANK OF AMERICA NATIONAL ASSOCIATION | ] |
| Defendants | ] |

## ORDER GRANTING MOTION TO AMEND COMPLAINT TO ADD/SUBSTITUTE PARTY DEFENDANT

THIS MATTER, having been brought on the Motion of Plaintiff to file an Amended Complaint, and

IT APPEARING that the Motion should be GRANTED,

IT IS ORDERED that the Amended Complaint is deemed properly filed, and that Bank of America, N.A. is dismissed from this case, and WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2 is hereby added as a party Defendant.

AND THIS MATTER IS CONTINUED FOR FURTHER PROCEEDINGS.

Entered this 24th day of March, 2021.

_[signature]_

Judge, Fairfax County Circuit Court

WE ASK FOR THIS:

*[signature]*

Michael J. Carita, Esq. (#35702)
LEVINECARITA PLC
1010 Cameron Street
Alexandria, VA 22314
Tel. 703-370-5569
Fax. 703-370-5572
mcarita@comcast.net
Counsel for Plaintiff


SEEN AND AGREED: *no objection*

*N. Patrick Lee (see attached)*

N. Patrick Lee, Esq.
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102
plee@mcguirewoods.com
Counsel for Bank of America, NA

WE ASK FOR THIS:

_____
Michael J. Carita, Esq. (#35702)
LEVINECARITA PLC
1010 Cameron Street
Alexandria, VA 22314
Tel. 703-370-5569
Fax. 703-370-5572
mcarita@comcast.net
Counsel for Plaintiff


SEEN AND AGREED: *No objection*

_____
N. Patrick Lee, Esq.
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102
plee@mcguirewoods.com
Counsel for Bank of America, NA